[No. 52742-8-I.  Division One.  July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN RELFE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05735-3, Ronald Kessler, J., entered July 18, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Agid and Appelwick, JJ.

[No. 53939-6-I.  Division One.  July 25, 2005.]

PAMELA BREWER, *Appellant*, v. MONQUI, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34461-7, Glenna Hall, J., entered February 23, 2004. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Baker and Appelwick, JJ.

[No. 54103-0-I.  Division One.  July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KINNICK BURNETT SANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00293-8, LeRoy McCullough, J., entered April 9, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 54104-8-I; 54880-8-I.  Division One.  July 25, 2005.]

JOHN R. BERG, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-08065-7, George N. Bowden, J., entered June 25, 2004. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.